| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| AMERICAN AUTOMOBILE ASSOCIATION, INC., | ) ) ) | Case No.: C-12-00662 PSG |
|---|---|---|
| Plaintiff, | ) ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| THE WILKIES INN, ET AL., | ) ) | |
| Defendants. | ) ) | |

The court has been informed that the above-captioned action has settled. Plaintiff American Automobile Association, Inc. ("AAA") shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) later than April 20, 2012. If a dismissal is not filed by that date, AAA shall appear on April 24, 2012 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to

Case No.: C 12-00662 PSG
STANDBY ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:   March 12, 2012

                                                       *Paul S. Grewal*
                                                       PAUL S. GREWAL
                                                       United States Magistrate Judge

Case No.: C 12-00662 PSG
STANDBY ORDER TO SHOW CAUSE